*E-Filed: March 2, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HRAIR KASSABIAN, | No. C14-01407 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| INTERNATIONAL PAPER COMPANY. | |
| Defendant. | |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **April 7, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **March 31, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: March 2, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01407 HRL Order will be electronically mailed to:**

Carla J. Hartley     cjh@dillinghammurphy.com, jrs@dillinghammurphy.com, km@dillinghammurphy.com

Eugenia McGown     gigi.mcgown@ipaper.com

Jacob Riley Swiss     jrs@dillinghammurphy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**