**United States District Court**
For the Northern District of California

**\*E-Filed: April 7, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HRAIR KASSABIAN, | No. C14-01407 HRL |
| Plaintiff, | **ORDER CONTINUING SHOW CAUSE HEARING TO AUGUST 18, 2015** |
| v. | |
| INTERNATIONAL PAPER COMPANY. | |
| Defendant. | |
| _____/ | |

For good cause shown, the Show Cause hearing, currently set for April 7, 2015, is continued to **August 18, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **August 11, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: April 7, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01407 HRL Order will be electronically mailed to:**

Carla J. Hartley      cjh@dillinghammurphy.com, jrs@dillinghammurphy.com, km@dillinghammurphy.com

Eugenia McGown      gigi.mcgown@ipaper.com

Jacob Riley Swiss      jrs@dillinghammurphy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California